IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MICHAEL LOVE,                               )
                                            )
        Plaintiff,                       )
                                            )
     v.                                )          CV 325-112
                                            )
RODGER McCLOUD; DARRYL ROYAL;               )
KAREN SHEPHERD; and                         )
KORTNEY GAY,                                )
                                            )
        Defendants.                      )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.[1]

SO ORDERED this 23rd day of March, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1]  The Court notes that Plaintiff had an opportunity to amend his Complaint, which he expressly declined when he filed a "Motion to Proceed with Original Complaint" on December 22, 2026. Moreover, nothing in his objections to the Report and Recommendation indicates that Plaintiff could add factual allegations sufficient to state a claim for relief against any Defendant in the case.